### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLINTON HITNER,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-6072** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
|     Defendant. | : | |

### ORDER

AND NOW, this 23rd day of December 2025, upon consideration of *pro se* plaintiff Clinton Hitner's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), prisoner account statement (ECF No. 3), and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Clinton Hitner, # GJ-8177, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Coal Township or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Hitner's inmate account; or (b) the average monthly balance in Hitner's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Hitner's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Hitner's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

2

      3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Coal Township.

      4.      The Complaint is **DEEMED** filed.

      5.      The Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and with no leave to amend in this case. The dismissal is without prejudice to Hitner filing a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 after he has fully exhausted available state court remedies.

      6.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

      **BY THE COURT:**

      /s/ Chad F. Kenney

      **CHAD F. KENNEY, J.**